**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Thomas J. Green Jr.                                 CHAPTER 13
         Heather Dawn Green
                 Debtor(s)                             BKY. NO. 18-17722 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

                                                   Respectfully submitted,

                                               /s/ *Rebecca A. Solarz*
                                               Rebecca Solarz
                                               28 Oct 2020, 16:54:10, EDT

                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 627-1322