| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-17722-AMC**

THOMAS J  GREEN JR
HEATHER DAWN  GREEN
22 IROQUOIS ROAD
LEVITTOWN  PA    19057

Petition Filed Date: 11/21/2018
341 Hearing Date: 01/11/2019
Confirmation Date: 05/08/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2020 | $711.07 | | 01/28/2020 | $711.07 | | 02/27/2020 | $711.07 | |
| 03/30/2020 | $711.06 | | 04/27/2020 | $711.07 | | 05/29/2020 | $711.07 | |
| 06/29/2020 | $711.07 | | 07/21/2020 | $711.07 | | 08/18/2020 | $711.07 | |
| 09/21/2020 | $711.07 | | 10/20/2020 | $711.07 | | 11/24/2020 | $711.07 | |
| 12/22/2020 | $711.07 | | 01/20/2021 | $711.07 | | 02/23/2021 | $711.07 | |
| 03/22/2021 | $711.07 | | 04/12/2021 | $711.07 | | 05/17/2021 | $711.07 | |

**Total Receipts for the Period:  $12,799.25    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $21,169.01**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 9 | BUREAUS INVESTMENT GROUP PORTFOLIO<br>»»  009 | Unsecured Creditors | $558.26 | $0.00 | $558.26 |
| 15 | BECKET & LEE, LLP<br>»»  015 | Unsecured Creditors | $475.49 | $0.00 | $475.49 |
| 1 | CAVALRY INVESTMENTS LLC<br>»»  001 | Unsecured Creditors | $308.43 | $0.00 | $308.43 |
| 2 | CAVALRY INVESTMENTS LLC<br>»»  002 | Unsecured Creditors | $521.38 | $0.00 | $521.38 |
| 3 | CAVALRY INVESTMENTS LLC<br>»»  003 | Unsecured Creditors | $2,427.00 | $0.00 | $2,427.00 |
| 17 | DEPARTMENT STORE NATIONAL BANK<br>»»  017 | Unsecured Creditors | $462.95 | $0.00 | $462.95 |
| 16 | FREEDOM MORTGAGE CORPORATION<br>»»  016 | Mortgage Arrears | $37,788.02 | $19,347.58 | $18,440.44 |
| 4 | JH PORTFOLIO DEBT EQUITIES LLC<br>»»  004 | Unsecured Creditors | $491.39 | $0.00 | $491.39 |
| 6 | LVNV FUNDING LLC<br>»»  006 | Unsecured Creditors | $688.71 | $0.00 | $688.71 |
| 7 | LVNV FUNDING LLC<br>»»  007 | Unsecured Creditors | $555.70 | $0.00 | $555.70 |
| 8 | LVNV FUNDING LLC<br>»»  008 | Unsecured Creditors | $897.62 | $0.00 | $897.62 |
| 5 | MERRICK BANK<br>»»  005 | Unsecured Creditors | $1,536.17 | $0.00 | $1,536.17 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  010 | Unsecured Creditors | $1,565.31 | $0.00 | $1,565.31 |
| 11 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  011 | Unsecured Creditors | $737.20 | $0.00 | $737.20 |

| 12 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 012 | Unsecured Creditors | $795.34 | $0.00 | $795.34 |
| 18 | PNC BANK »» 018 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES »» 019 | Unsecured Creditors | $1,892.55 | $0.00 | $1,892.55 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES »» 020 | Unsecured Creditors | $666.07 | $0.00 | $666.07 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES »» 013 | Unsecured Creditors | $452.53 | $0.00 | $452.53 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES »» 014 | Unsecured Creditors | $3,578.77 | $0.00 | $3,578.77 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,169.01 | Current Monthly Payment: | $711.07 |
| Paid to Claims: | $19,347.58 | Arrearages: | $0.01 |
| Paid to Trustee: | $1,821.43 | Total Plan Base: | $42,501.12 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.