Office Mailing Address:

Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:

Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 18-17722-AMC

THOMAS J GREEN JR
HEATHER DAWN GREEN
22 IROQUOIS ROAD
LEVITTOWN PA  19057

Petition Filed Date: 11/21/2018
341 Hearing Date: 01/11/2019
Confirmation Date: 05/08/2019

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/12/2021 | $711.07 | | 05/17/2021 | $711.07 | | 06/16/2021 | $711.07 | |
| 07/22/2021 | $711.06 | | 08/30/2021 | $711.07 | | 09/29/2021 | $711.07 | |
| 10/26/2021 | $711.07 | | 11/16/2021 | $711.07 | | 12/21/2021 | $711.07 | |
| 01/25/2022 | $711.07 | | 03/03/2022 | $711.07 | | 03/30/2022 | $711.07 | |
| 04/18/2022 | $711.07 | | 05/23/2022 | $711.07 | | 06/30/2022 | $711.07 | |
| 07/19/2022 | $711.07 | | | | | | | |

**Total Receipts for the Period: $11,377.11  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $31,123.98**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 9 | BUREAUS INVESTMENT GROUP PORTFOLIO »» 009 | Unsecured Creditors | $558.26 | $0.00 | $558.26 |
| 15 | BECKET & LEE, LLP »» 015 | Unsecured Creditors | $475.49 | $0.00 | $475.49 |
| 1 | CAVALRY SPV INVESTMENTS LLC »» 001 | Unsecured Creditors | $308.43 | $0.00 | $308.43 |
| 2 | CAVALRY SPV INVESTMENTS LLC »» 002 | Unsecured Creditors | $521.38 | $0.00 | $521.38 |
| 3 | CAVALRY SPV INVESTMENTS LLC »» 003 | Unsecured Creditors | $2,427.00 | $0.00 | $2,427.00 |
| 17 | DEPARTMENT STORE NATIONAL BANK »» 017 | Unsecured Creditors | $462.95 | $0.00 | $462.95 |
| 16 | RUSHMORE LOAN SERVICING »» 016 | Mortgage Arrears | $37,788.02 | $28,449.21 | $9,338.81 |
| 4 | JH PORTFOLIO DEBT EQUITIES LLC »» 004 | Unsecured Creditors | $491.39 | $0.00 | $491.39 |
| 6 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $688.71 | $0.00 | $688.71 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $555.70 | $0.00 | $555.70 |
| 8 | LVNV FUNDING LLC »» 008 | Unsecured Creditors | $897.62 | $0.00 | $897.62 |
| 5 | MERRICK BANK »» 005 | Unsecured Creditors | $1,536.17 | $0.00 | $1,536.17 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 010 | Unsecured Creditors | $1,565.31 | $0.00 | $1,565.31 |
| 11 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 011 | Unsecured Creditors | $737.20 | $0.00 | $737.20 |

**Chapter 13 Case No. 18-17722-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 12 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 012 | Unsecured Creditors | $795.34 | $0.00 | $795.34 |
| 18 | PNC BANK »» 018 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES »» 019 | Unsecured Creditors | $1,892.55 | $0.00 | $1,892.55 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES »» 020 | Unsecured Creditors | $666.07 | $0.00 | $666.07 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES »» 013 | Unsecured Creditors | $452.53 | $0.00 | $452.53 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES »» 014 | Unsecured Creditors | $3,578.77 | $0.00 | $3,578.77 |
| 0 | NATHAN SNYDER ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $31,123.98 | Current Monthly Payment: | $711.07 |
| Paid to Claims: | $28,449.21 | Arrearages: | $0.02 |
| Paid to Trustee: | $2,674.77 | Total Plan Base: | $42,501.12 |
| Funds on Hand: | $0.00 | | |

### NOTES:

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.