| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
Chapter 13 Case No. 18-17722-AMC

THOMAS J GREEN JR
HEATHER DAWN GREEN
22 IROQUOIS ROAD
LEVITTOWN PA   19057

Petition Filed Date: 11/21/2018
341 Hearing Date: 01/11/2019
Confirmation Date: 05/08/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/26/2022 | $711.07 | | 09/21/2022 | $711.07 | | 10/25/2022 | $711.07 | |
| 11/22/2022 | $711.07 | | 12/27/2022 | $711.07 | | 01/24/2023 | $711.07 | |
| 03/01/2023 | $711.07 | | 03/21/2023 | $711.07 | | 04/25/2023 | $711.07 | |
| 05/30/2023 | $711.07 | | 07/07/2023 | $711.07 | | 07/19/2023 | $711.07 | |

**Total Receipts for the Period: $8,532.84    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $39,656.82**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 9 | BUREAUS INVESTMENT GROUP PORTFOLIO <br> »» 009 | Unsecured Creditors | $558.26 | $0.00 | $558.26 |
| 15 | CAPITAL ONE NA <br> »» 015 | Unsecured Creditors | $475.49 | $0.00 | $475.49 |
| 1 | CAVALRY SPV INVESTMENTS LLC <br> »» 001 | Unsecured Creditors | $308.43 | $0.00 | $308.43 |
| 2 | CAVALRY SPV INVESTMENTS LLC <br> »» 002 | Unsecured Creditors | $521.38 | $0.00 | $521.38 |
| 3 | CAVALRY SPV INVESTMENTS LLC <br> »» 003 | Unsecured Creditors | $2,427.00 | $0.00 | $2,427.00 |
| 17 | DEPARTMENT STORE NATIONAL BANK <br> »» 017 | Unsecured Creditors | $462.95 | $0.00 | $462.95 |
| 16 | RUSHMORE LOAN SERVICING <br> »» 016 | Mortgage Arrears | $37,788.02 | $36,270.93 | $1,517.09 |
| 4 | LVNV FUNDING LLC <br> »» 004 | Unsecured Creditors | $491.39 | $0.00 | $491.39 |
| 6 | LVNV FUNDING LLC <br> »» 006 | Unsecured Creditors | $688.71 | $0.00 | $688.71 |
| 7 | LVNV FUNDING LLC <br> »» 007 | Unsecured Creditors | $555.70 | $0.00 | $555.70 |
| 8 | LVNV FUNDING LLC <br> »» 008 | Unsecured Creditors | $897.62 | $0.00 | $897.62 |
| 5 | MERRICK BANK <br> »» 005 | Unsecured Creditors | $1,536.17 | $0.00 | $1,536.17 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT <br> »» 010 | Unsecured Creditors | $1,565.31 | $0.00 | $1,565.31 |
| 11 | MIDLAND CREDIT MANAGEMENT INC AS AGENT <br> »» 011 | Unsecured Creditors | $737.20 | $0.00 | $737.20 |
| 12 | MIDLAND CREDIT MANAGEMENT INC AS AGENT <br> »» 012 | Unsecured Creditors | $795.34 | $0.00 | $795.34 |

| | | | | | |
|---|---|---|---:|---:|---:|
| 18 | PNC BANK<br>»»  018 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  019 | Unsecured Creditors | $1,892.55 | $0.00 | $1,892.55 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  020 | Unsecured Creditors | $666.07 | $0.00 | $666.07 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  013 | Unsecured Creditors | $452.53 | $0.00 | $452.53 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  014 | Unsecured Creditors | $3,578.77 | $0.00 | $3,578.77 |
| 0 | NATHAN SNYDER ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $39,656.82 | Current Monthly Payment: | $711.07 |
| Paid to Claims: | $36,270.93 | Arrearages: | $0.02 |
| Paid to Trustee: | $3,385.89 | Total Plan Base: | $42,501.12 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.