United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                  Case No. 18-17722-amc

Thomas J Green, Jr.                                                                            Chapter 13

Heather Dawn Green

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Feb 08, 2024 | Form ID: 138OBJ | Total Noticed: 55 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas J Green, Jr., 22 Iroquois Road, Levittown, PA 19057-2308 |
| jdb | + | Heather Dawn Green, 22 Iroquois Road, Levittown, PA 19057-2308 |
| 14234365 | | Asset Recovery Solutions/One Main Fin, 2200 e devon ave ste 200, Des Plaines, IL 60018-4501 |
| 14234371 | + | Cavalary Port/Citibank, 500 Summit Lake Drive ste 400, Valhalla, NY 10595-2321 |
| 14234373 | + | Cavalry Portfolio/Syncb, 500 summit lake dr ste 4a, Valhalla, NY 10595-2323 |
| 14234376 | | Chase Receivables/Figi's Company, 755 baywood dr ste 208, Petaluma, CA 94954-5508 |
| 14234377 | + | Claims Recovery Systems/Metris Bank, po box 703, Carnegie, PA 15106-0703 |
| 14556935 | + | FREEDOM MORTGAGE CORPORATION, C/O Rebecca A. Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14234378 | + | First Credit Services/Retro Fitness, 377 hoes lanesuite 200, Piscataway, NJ 08854-4155 |
| 14647202 | + | Freedom Mortgage Corporation, C/O Mario Hanyon, Brock and Scott, PLLC, 302 Fellowship Road, Ste 130, Mount Laurel NJ 08054-1218 |
| 14246748 | | Freedom Mortgage Corporation, Thomas Song, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14234380 | + | JH Portfolio Debt/ Comenity Bank, 5757 phantom dr ste 225, Hazelwood, MO 63042-2429 |
| 14234387 | + | Nicole Kaminsky-App, 3620 w crown ave, Philadelphia, PA 19114-1802 |
| 14234395 | + | SYNCH/SLEEPYS, PO BOX 965036, Orlando, FL 32896-5036 |
| 14234400 | + | The Bureaus/Captiol One, 650 dundee rd ste 370, Northbrook, IL 60062-2757 |
| 14820331 | | U.S. Bank National Association, C/O Fay Servicing, LLC, PO Box 814609 Dallas TX 75381-4609 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 09 2024 00:08:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 09 2024 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14234366 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 09 2024 00:08:00 | Bank Of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14234368 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 09 2024 00:08:00 | Barclays Bank Deleware, 125 S WEST ST, Wilmington, DE 19801-5014 |
| 14248616 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 09 2024 00:25:46 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14234369 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 09 2024 00:25:58 | CAPITAL ONE BANK, 10700 Capital One Way, Glen Allen, VA 23060-9243 |
| 14261797 | | Email/PDF: bncnotices@becket-lee.com | Feb 09 2024 00:26:06 | Capital One, N.A., c/o Becket and Lee LLP, PO |

Case 18-17722-amc    Doc 69    Filed 02/10/24    Entered 02/11/24 00:28:42    Desc Imaged
                               Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 08, 2024 | Form ID: 138OBJ | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| | | | | Box 3001, Malvern PA 19355-0701 |
| 14234372 | + | Email/Text: bankruptcy@cavps.com | Feb 09 2024 00:08:00 | Cavalry Portfolio Services/SYNCB, 500 summit lake dr ste 4a, Valhalla, NY 10595-2323 |
| 14235260 | + | Email/Text: bankruptcy@cavps.com | Feb 09 2024 00:08:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14265367 | | Email/Text: bnc-quantum@quantum3group.com | Feb 09 2024 00:08:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14262017 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 09 2024 00:08:00 | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE CORP., Bankruptcy Department, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14234379 | | Email/Text: Bankruptcy@Freedommortgage.com | Feb 09 2024 00:08:00 | Freedom Mortgage, po box 50428, Indianapolis, IN 46250-0401 |
| 14647265 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 09 2024 00:08:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14234374 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 09 2024 00:26:13 | Chase Bank, PO Box 15298, Wilmington, DE 19850 |
| 14234381 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 09 2024 00:08:00 | Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14234382 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 09 2024 00:26:04 | LVNV Funding LLC/HSBC Bank Nevada, c/o Resurgent Capital Serv po box 1269, Greenville, SC 29602-1269 |
| 14248530 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 09 2024 00:26:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14248122 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 09 2024 00:26:01 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14256640 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 09 2024 00:08:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14234383 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2024 00:26:27 | Macy's, PO Box 8218, Monroe, OH 45050 |
| 14234384 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 09 2024 00:25:43 | Merrick Bank, POB 9201, Old Bethpage, NY 11804-9001 |
| 14234385 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 09 2024 00:08:00 | Midland Funding LLC/ Citibank, 2365 northside dr ste 300, San Diego, CA 92108-2710 |
| 14234388 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 09 2024 00:08:00 | PNC BANK, PO Box 3180, Pittsburgh, PA 15230 |
| 14265500 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 09 2024 00:08:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14260701 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 09 2024 00:26:11 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14234821 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 09 2024 00:26:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14234389 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 09 2024 00:26:01 | Portfolio Recovery/Syncb, 120 Corporate Blvd ste 100, Norfolk, VA 23502-4952 |
| 14247259 | | Email/Text: bnc-quantum@quantum3group.com | Feb 09 2024 00:08:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14685823 | | ^ MEBN | Feb 09 2024 00:08:39 | Rushmore Loan Management Services, LLC, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, New York 11530-1631 |
| 14234393 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 09 2024 00:26:20 | SYNCB/OLD NAVY, PO Box 965005, Orlando, FL 32896-5005 |
| 14234394 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 09 2024 00:26:25 | SYNCB/SAMS, PO Box 965005, Orlando, FL |

Case 18-17722-amc    Doc 69    Filed 02/10/24    Entered 02/11/24 00:28:42    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 08, 2024 | Form ID: 138OBJ | Total Noticed: 55 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14234396 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 09 2024 00:26:13 | SYNCH/WALMART, PO BOX 965024, Orlando, FL 32896-5024 |
| 14234392 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 09 2024 00:26:22 | Syncb/Lowe's, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14234397 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 09 2024 00:26:02 | Synchrony Bank/Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 14234398 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 09 2024 00:36:42 | Synchrony Bank/Home, PO Box 965036, Orlando, FL 32896-5064 |
| 14234399 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 09 2024 00:26:15 | Synchrony Bank/JC Penney, P.O. Box 965007, Orlando, FL 32896-5007 |
| 14234401 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2024 00:26:17 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14685729 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 09 2024 00:08:00 | US Bank National Association, not in its, individual capacity but solely as, trustee for RMTP Trust, Series 2021 Cott, C/O Rushmore Loan Management Services, 15480 Laguna Canyon Rd,, Irvine CA 92618-2132 |
| 14234402 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 09 2024 00:26:06 | WFFNB/HOME PROJECTS, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14234367 | *+ | Bank Of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14234370 | *+ | CAPITAL ONE BANK, 10700 Capital One Way, Glen Allen, VA 23060-9243 |
| 14234375 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, PO Box 15298, Wilmington, DE 19850 |
| 14234386 | *+ | Midland Funding LLC/Citibank, 2365 northside dr ste 300, San Diego, CA 92108-2710 |
| 14234390 | *+ | Portfolio Recovery/Syncb, 120 Corporate Blvd ste 100, Norfolk, VA 23502-4952 |
| 14234391 | *+ | Portfolio Recovery/Syncb, 120 Corporate Blvd ste 100, Norfolk, VA 23502-4952 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2024 at the address(es) listed below:

**Name**    **Email Address**

District/off: 0313-2 User: admin Page 4 of 4
Date Rcvd: Feb 08, 2024 Form ID: 138OBJ Total Noticed: 55

JASON BRETT SCHWARTZ
on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

LAUREN MOYER
on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com

LAUREN MOYER
on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com

MARIO J. HANYON
on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

MARK A. CRONIN
on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

NATHAN SNYDER
on behalf of Debtor Thomas J Green  Jr. nathan@nsnyderlaw.com

NATHAN SNYDER
on behalf of Joint Debtor Heather Dawn Green nathan@nsnyderlaw.com

ROBERT J. DAVIDOW
on behalf of Creditor Freedom Mortgage Corporation robert.davidow@phelanhallinan.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

THOMAS SONG
on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Thomas J Green, Jr. and Heather Dawn Green

    Debtor(s)

Case No: 18−17722−amc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/8/24

66 − 62
Form 138OBJ